UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 3 1 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Fred Smith,                                )
                                           )
        Plaintiff,                         )
                                           )
    v.                                     )   Civil Action No. 18-1132 (UNA)
                                           )
                                           )
United States of America *et al.*,         )
                                           )
        Defendants.                        )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is an Oklahoma state prisoner. He has initiated this civil action against the United States and Oklahoma via a complaint captioned: "Multiple-Jurisdictional Civil Action For Enforcement of Rights; Declaratory and Injunctive Relief; for Violations of United Nations Resolutions, International Law, Human Rights, and Refusal to Protect Federal Rights." The random statements comprising the complaint fail to provide any notice of a claim and the basis of federal court jurisdiction. Hence this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: May 31st, 2018

_____
United States District Judge